

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00042-CR

**AKEEM CYDRL PHENIX,**

        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

        **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2016-1773-C1

## MEMORANDUM OPINION

Akeem Cydrl Phenix filed a motion to dismiss his appeal. The motion has been signed by Phenix and his counsel. *See* TEX. R. APP. P. 42.2(a). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

        AL SCOGGINS
        Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 4, 2018
[CR25]

